UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| BURTON GENE DAY, | No. C 13-3436 LB |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | [Re: ECF No. 1] |
| DOLLY MATTEUCCI, | |
| Defendant. | |

Plaintiff filed this *pro se* civil rights action under 42 U.S.C. § 1983 to challenge the conditions of confinement at Napa State Hospital, where he is housed. The court reviewed the complaint, determined that it did not state a claim upon which relief could be granted, and dismissed it with leave to file an amended complaint no later than October 25, 2013. *See* ECF No. 8 at 4. Plaintiff did not file an amended complaint, and the deadline by which to do so has passed. Accordingly, this action is dismissed for failure to state a claim upon which relief may be granted. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: November 12, 2013

_____
LAUREL BEELER
United States Magistrate Judge

C 13-3436 LB
ORDER